# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2681 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 102 DB 2020 |
| v. | : | |
| | : | Attorney Registration No. 60182 |
| JOSEPH NICHOLAS SCIULLI | : | |
| | : | (Montgomery County) |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of December, 2020, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Joseph Nicholas Sciulli is suspended on consent from the Bar of this Commonwealth for a period of two years, retroactive to October 28, 2020. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).